**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: K.B.R., A MINOR    :   No. 138 MAL 2023

                                           :
                                           :

PETITION OF: K.B.R., A MINOR        :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of August, 2023, the Petition for Allowance of Appeal is

**DENIED**.